1  Erika Bailey Drake (SBN 248034)
   edrake@drakeanddrake.com
2  Roger D. Drake (SBN 237834)
3  rdrake@drakeanddrake.com
4  23679 Calabasas Road, Suite 403
   Calabasas, California  91302
5  Telephone: 818.438.1332
6  Facsimile: 818.854.6899
7  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA WATSON on behalf of her minor son, R.W. | CASE NO.: 5:13-cv-01091-OP |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| CAROLYN W. COLVIN, Acting, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($3,600.00) subject to the terms of the stipulation.

DATED: 4/28/14

HONORABLE OSWALD PARADA
UNITED STATES MAGISTRATE JUDGE

-1-